IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ROY ANTHONY HUNT, | § | |
| TDCJ-CID NO. 619439, | § | |
| Petitioner, | § | |
| v. | § | CIVIL ACTION H-07-1524 |
| | § | |
| NATHANIEL QUARTERMAN, | § | |
| Respondent. | § | |

### FINAL JUDGMENT

For the reasons set out in the Court's Opinion on Dismissal signed this date, this case is DISMISSED with prejudice.

This is a FINAL JUDGMENT.

The Clerk will enter this Order and provide all parties with a true copy.

Signed at Houston, Texas, this 15th day of May, 2007.


MELINDA HARMON
UNITED STATES DISTRICT JUDGE